No. 256. MRS. LAURA L. BUNCH, PETITIONER, *v.* J. S. MALONEY, AS TRUSTEE IN BANKRUPTCY FOR THE T. H. BUNCH COMMISSION COMPANY, BANKRUPT. On writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit. Argued April 23, 1918. Decided April 29, 1918. *Per Curiam.* Judgment reversed with costs, and case remanded to the District Court of the United States for the Eastern District of Arkansas for further proceedings, upon the authority of *Martin* v. *Commercial National Bank,* 245 U. S. 513. *Mr. W. E. Hemingway, Mr. G. B. Rose, Mr. J. F. Loughborough* and *Mr. V. M. Miles* for petitioner. *Mr. R. S. Wimberly* and *Mr. J. M. Moore* for respondent.